UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | No. CR 11-0490-WHA |
| Plaintiff,  ) | |
| ) | [~~PROPOSED~~] ORDER EXCLUDING TIME FROM AUGUST 16, 2011 TO SEPTEMBER 6, 2011 |
| v.  ) | |
| JABAR BABERS,  ) | |
| Defendant.  ) | |

The defendant, JABAR BABERS, represented by Marc Axelbaum, Esquire, and the government, represented by Randy Luskey, Assistant United States Attorney, appeared before the Court on August 16, 2011 for a status hearing. The parties represented that Mr. Axelbaum had just recently been appointed as counsel for BABERS, that the government had provided discovery to Mr. Axelbaum on the date of the hearing, and that Mr. Axelbaum would need additional time to review and digest the discovery materials. Both parties therefore requested a continuance of the matter.

The matter was continued to September 6, 2011 at 2:00 p.m. to set further proceedings. Counsel requested that time be excluded under the Speedy Trial Act between August 16, 2011

ORDER EXLUDING TIME
Case No. CR 11-0490-WHA

1  and September 6, 2011 because defense counsel needed that time to review the discovery and to
2  conduct necessary investigation.  The government had no objection to excluding time.
3        Based upon the representation of counsel and for good cause shown, the Court finds that
4  failing to exclude the time between August 16, 2011 and September 6, 2011 would unreasonably
5  deny counsel the reasonable time necessary for effective preparation, taking into account the
6  exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends
7  of justice served by excluding the time between August 16, 2011 and September 6, 2011 from
8  computation under the Speedy Trial Act outweigh the best interests of the public and the
9  defendant in a speedy trial.  Therefore, IT IS HEREBY ORDERED that the time between August
10 16, 2011 and September 6, 2011 shall be excluded from computation under the Speedy Trial Act.
11 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

14 DATED: August 18, 2011.

HONORABLE WILLIAM ALSUP
United States District Judge

ORDER EXLUDING TIME
Case No. CR 11-0490-WHA                    -2-