MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

RANDY S. LUSKEY  (CABN 240915)
Assistant United States Attorney
    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: randall.luskey@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>JABAR BABERS,  )<br>  )<br>    Defendant.  )<br>_____ ) | No. CR 11-0490-WHA<br><br>[PROPOSED] ORDER EXCLUDING TIME FROM SEPTEMBER 6, 2011 TO SEPTEMBER 27, 2011 |

The defendant, JABAR BABERS, represented by Marc Axelbaum, Esquire, and the government, represented by Randy Luskey, Assistant United States Attorney, appeared before the Court on September 6, 2011 for a status hearing.  Mr. Axelbaum informed the Court that he was finishing his review of the discovery in this matter and planned to file a suppression motion. The Court set the following briefing schedule on the defendant's anticipated motion: September 27, 2011 – Motion; October 11, 2011 – Opposition; October 18, 2011 – Reply; October 25, 2011 – Hearing.

Counsel requested that time be excluded under the Speedy Trial Act between September 6, 2011 because defense counsel needed that time to finalize his review of discovery and to

1  conduct necessary investigation.  The government had no objection to excluding time.

2     Based upon the representation of counsel and for good cause shown, the Court finds that
3  failing to exclude the time between September 6, 2011 and September 27, 2011 would
4  unreasonably deny counsel the reasonable time necessary for effective preparation, taking into
5  account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds
6  that the ends of justice served by excluding the time between September 6, 2011 and September
7  27, 2011 from computation under the Speedy Trial Act outweigh the best interests of the public
8  and the defendant in a speedy trial.  Therefore, IT IS HEREBY ORDERED that the time between
9  September 6, 2011 and September 27, 2011 shall be excluded from computation under the
10 Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

13 DATED:  October 3, 2011.

William Alsup
UNITED STATES DISTRICT JUDGE